UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HALL, | 1:04-cv-05612-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 33) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 29) |
| L.L. SCHULTEIS, et al., | |
| Defendants. | **ORDER DISMISSING ACTION** |

Plaintiff Nathan Hall ("plaintiff"), proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.

6 Accordingly, IT IS HEREBY ORDERED that:

7 1. The Findings and Recommendations, filed May 16, 2005,
8 is ADOPTED IN FULL;

9 2. Defendants' motion to dismiss based on plaintiff's
10 failure to exhaust the available administrative remedies, filed
11 February 2, 2005, is GRANTED; and,

12 3. Pursuant to 42 U.S.C. § 1997e(a), this action is
13 DISMISSED, without prejudice.

14 IT IS SO ORDERED.

15 **Dated:  June 28, 2005**           /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE

2